Jacqueline A. DeGregorio, Esq.
Attorney ID #022661982
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438
Phone: (973) 403-1100   Fax: (973) 403-0010
Attorneys for Defendants Passaic County,
Passaic County Board Of Chosen Freeholders
and Passaic County Department of Health
Our File No.:88300 1511053

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| DOLLY BOSIRE, DAWN WILKES, | Civil Action No. 2:12-cv-06498 KSH-CW |
|---|---|
| Plaintiffs, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| PASSAIC COUNTY, a body politic and political subdivision of the State of New Jersey, PASSAIC COUNTY BOARD OF CHOSEN FREEHOLDERS, PASSAIC COUNTY DEPARTMENT OF HEALTH, IRENE JESSIE-HUNTE, in her individual and official capacity, John Doe(s) 1-10 (said name(s) being fictitious, true name presently unknown). | |
| Defendants. | |

It is hereby stipulated and agreed between and amongst the Plaintiffs, Dolly Bosire and Dawn Wilkes and Defendants Passaic County, Defendants Passaic County Board of Chosen Freeholders, Defendants Passaic County Department of Health and Defendant Irene Hunte that the entire Complaint and any amendments thereto are dismissed with prejudice and without costs, against Defendants Passaic County, Defendants Passaic County Board of Chosen Freeholders, Defendants Passaic County Department of Health and Defendant Irene Hunte.

Kaufman Semeraro & Leibman, LLP
Attorneys for Plaintiffs
Dolly Bosire and Dawn Wilkes

By: _____
Justin D. Santagata, Esq.

Dated: 11/13/18

Lum, Drasco & Positan LLC
Attorneys for Defendant
Irene Hunte

By: _____
Elizabeth Y. Moon, Esq.

Dated: 11/28/18

WEINER LAW GROUP LLP
Attorneys for Defendants
Passaic County, Passaic County Board
Of Chosen Freeholders and Passaic
County Department of Health

By: _____
Jacqueline A. DeGregorio, Esq.
A Member of the Firm

Dated: 11/28/18

**SO ORDERED.**
**December 4, 2018**

_____
**Hon. Katharine S. Hayden, U.S.D.J.**